UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISIION
AT LEXINGTON

| | |
|---|---|
| **PREFERRED AUTOMOTIVE SALES, INC,**<br><br>Plaintiff,<br><br>V.<br><br>**MOTORISTS MUTUAL INS. CO.,**<br><br>Defendant. | **CIVIL ACTION NO. 5:13-cv-145-KKC**<br><br><br><br>**JUDGMENT** |

\* \* \* \* \* \* \* \*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES** that:

1. Judgment is hereby entered in favor of Defendant, Motorists Mutual Insurance Company;

2. All remaining deadlines are **SET ASIDE**;

3. This judgment is final and appealable, as there is no just reason for delay; and

4. This matter is **DISMISSED AND SHALL BE STRICKEN FROM THE ACTIVE DOCKET**.

This August 26, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY